**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JAMIE LEHNER,

    Plaintiff,                               CASE NO. 8:13-cv-01870-SCB-MAP

v.

GE CAPITAL RETAIL BANK f/k/a
GE MONEY BANK

    Defendant.
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COME now all parties in the above titled action and represent to the Court that this matter, regarding Plaintiff's claims against Defendant, has been settled amicably, and would request an entry of Final Order of Dismissal with Prejudice in this matter, with each party to bear her or its own costs and attorneys' fees.

Dated February 9, 2015.

| | |
|---|---|
| /s/ Alex D. Weisberg | /s/ Michele F. Martin |
| Alex Weisberg | Michele F. Martin |
| FBN: 0566551 | FBN: 474940 |
| Weisberg Consumer Law Group PA | Smith, Gambrell & Russell, LLP |
| (888) 595-9111 ext. 211 | (904) 598-6131 |
| (866) 577-0963 (fax) | (904) 896-4474 (fax) |
| aweisberg@afclaw.com | MMartin@psdlaw.net |
| 5722 S. Flamingo Road, Ste. 290 | 8763 SW 27th Lane, Suite 101 |
| Cooper City, FL 33330 | Gainesville, FL 32608 |
| Attorney for Plaintiff | Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

I certify that on February 9, 2015, I filed the foregoing Stipulation for Dismissal with the Clerk of the District Court for the Middle District of Florida using the CM/ECF system of the Court. Notification of the foregoing was served on Defendant through counsel of record below via the CM/ECF system as follows:

Michele F. Martin
Pastore & Dailey, LLC
8763 SW 27th Lane, Suite 101
Gainesville FL 32608
MMartin@psdlaw.net

                                                      By: s/ Alex Weisberg
                                                      ALEX D. WEISBERG
                                                      FBN: 0566551
                                                      Weisberg Consumer Law Group, PA
                                                      ATTORNEY FOR PLAINTIFF
                                                      5722 S. Flamingo Rd, Ste. 290
                                                      Cooper City, FL 33330
                                                      (954) 212-2184
                                                      (866) 577-0963 fax
                                                      aweisberg@afclaw.com